NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AMERICAN PATENT DEVELOPMENT CORPORATION, LLC,**
*Plaintiff-Appellant,*

v.

**MOVIELINK, LLC AND BLOCKBUSTER, INC.,**
*Defendants-Appellees.*

---

2010-1554

---

Appeal from the United States District Court for the District of Delaware in case no. 07-CV-0605, Judge Leonard P. Stark.

---

## ORDER

The court notes that the appellees have not filed a status report within the time set by the court's October 29, 2010 order.

Upon consideration thereof

IT IS ORDERED THAT:

Movielink, LLC and Blockbuster, Inc. are directed to file a status report within 30 days of the date of this order and every 90 days thereafter concerning the status of the bankruptcy proceedings and whether the automatic stay

is lifted. Any other party may file a status report or respond to a status report.

FOR THE COURT

____DEC 1 9 2012____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Theodore M. Sabety, Esq.
Scott W. Breedlove, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 1 9 2012

JAN HORBALY
CLERK